⊛PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT
FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
JAN 0 5 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 03-00041-001 |
| GREGORY JOHN ACFALLE | |

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on **December 17, 2005**, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joseph Tock, SAUSA
John Gorman, FPD
File

RECEIVED
DEC 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/~~supervised release~~ and that the proceedings in the case be terminated.

Dated this 5th day of ~~December~~ January 2005.

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge